# United States Bankruptcy Court
## Southern District of Ohio

In re  **Valerie J Fisher**                                                                 Case No.
                                        Debtor(s)                                           Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **May 23, 2011**                       **/s/ Valerie J Fisher**
                                              **Valerie J Fisher**
                                              Signature of Debtor