**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: August 10, 2011**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| *In re*: **Valerie J Fisher** | : | Case No. **11-55487** |
| | : | Chapter 13 |
| | : | Judge **Hoffman** |
| | : | |
| | : | |
| SSN XXX-XX-**5347** | : | |
| | : | |
| | : | |
| *Debtor(s)*. | : | |

### ORDER CONFIRMING CHAPTER 13 PLAN

This matter is before the Court with respect to confirmation of the Debtor(s)' Chapter 13 plan and amendments thereto, if any ("Plan"). Having reviewed the Plan, and noting that objections, if any, have been withdrawn or resolved, the Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

It is therefore **ORDERED** that the Plan is confirmed, subject to the following terms, conditions and restrictions:

1. The Debtor(s) shall make monthly payments to the Trustee until the plan is completed, for a period not to exceed sixty months. The monthly payments shall be by payroll deduction, unless otherwise ordered or agreed to by the Trustee. Payments shall be sent to Chapter 13 Trustee, P.O. Box 71-0795, Columbus, OH 43271-0795.
2. The Trustee shall deposit all monthly payments and make disbursements in accordance with the law, the provisions of the Plan, any subsequent order of the Court requiring distribution of payments in a particular manner, and any General Order in effect in the District.
3. During the pendency of the Plan, all property of the estate as defined in 11 U.S.C. § 1306(a) is within the exclusive jurisdiction of the Court. The Debtor(s) shall not, except as provided in LBR 6004-1(c)(3), without consent of the Trustee or the Court, sell or otherwise dispose of or transfer such property unless sale or transfer of such property is specifically provided for in the Plan.
4. The Debtor(s) shall maintain insurance on all property subject to a security interest in a manner and for the amount required by the Bankruptcy Code and/or the relevant security agreement or loan documents.
5. The Debtor(s) shall not incur additional non-emergency consumer debt in an amount exceeding $1000 without written approval of the Trustee or order of the Court.
6. The value of property which is the subject of a security interest shall be the lesser of the value set forth in the Plan (or if a value is not stated in the Plan, then the value set forth in the Debtor(s)' schedules) or the value set forth in the secured creditor's proof of claim, unless a different value is stipulated by the parties or determined by Court order.
7. The attorney for the Debtor(s) is allowed the fee set forth in the attorney compensation statement filed in the case, provided the statement does not request fees in excess of $3500.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest

# # #

```
                           United States Bankruptcy Court
                              Southern District of Ohio
In re:                                                                    Case No. 11-55487-jeh
Valerie J. Fisher                                                         Chapter 13
      Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0648-2         User: lacherm               Page 1 of 2            Date Rcvd: Aug 10, 2011
                             Form ID: pdf01              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2011.
db           +Valerie J. Fisher,    9859 Shepherd Rd,    Lockbourne, OH 43137-9625
14559555     +Ar Audit Services Inc,    3921 Lockport St,    Bismarck, ND 58503-5541
14559556     +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
14559557     +Berger Health System,    PO Box 535,   Circleville, OH 43113-0535
14689071     +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14559559    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     c/o TSYS Debt Management,    PO Box 5155,
               Norcross, GA 30091)
14559560    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,     Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
14559558     +Calvary Portfolio Services LLC,    500 Summit Lake Dr Ste 400,    Valhalla NY 10595-2322
14668898      Capital One Bank USA NA,    American InfoSource LP,    PO Box 71083,    Charlotte NC 282721083
14559561     +Cheek Law Office, LLC,    471 East Broad Street,    12th Floor,    Columbus, OH 43215-3806
14559562     +Credit Adjustments Inc,    2200 Lake Ave Ste 230,    Fort Wayne, IN 46805-5351
14559563     +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
14559564     +Dish Network,    PO box 9033,    Littleton, CO 80160-9033
14559565     +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14559566     +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
14559568    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: HSBC,    P.O. Box 98706,    Las Vegas, NV 89193)
14559569     +Navy Federal Cr Union,    Po Box 3700,    Merrifield, VA 22119-3700
14755647      OHIO DEPT OF JOB & FAMILY SERVICES,     LITIGATION UNIT - UNEMP COMP,    PO BOX 182404,
               COLUMBUS, OH 43218-2404
14559570     +Ohio Attorney General,    150 East Gay St 21st FL,    Columbus, OH 43215-3191
14559571      Pickaway Health Service,    PO Box 643036,    Cincinnati, OH 45264-3036
14559572     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
14589513     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14559574   ++++TOYOTA MOTOR CREDIT,    1945 CEI DR,    CINCINNATI OH   45242-5664
              (address filed with court: Toyota Motor Credit,     4501 Erskine Rd Ste 150,
               Cincinnati, OH 45242)
14663755    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,     PO BOX 8026,
               Cedar Rapids, IA 52408-8026)
14559573     +Tnb-visa,    Attention: Bankruptcy,    Po Box 59231,    Minneapolis, MN 55459-0231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14559567      E-mail/Text: data_processing@fin-rec.com Aug 10 2011 20:10:05     Financial Recovery Services,
               PO Box 385908,    Minneapolis, MN 55438-5908
14625099      E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 10 2011 20:06:57     NAVY FEDERAL CREDIT UNION,
               PO BOX 3000,    MERRIFIELD, VA 22119-3000
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0648-2          User: lacherm              Page 2 of 2             Date Rcvd: Aug 10, 2011
                              Form ID: pdf01             Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2011**                    **Signature:**    *Joseph Speetjens*